IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| KARAN CHARLENE LAMB, | ) | NO.: 17-65584-PMB |
| aka Karan C Lamb | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW Wells Fargo Bank, N.A. (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 892 Brandlwood Way Nw, Lilburn, GA 30047 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 5) (the "Plan").

1.

Debtor's Plan underestimates the estimated prepetition arrearage amount of $14,219.70 owed to Creditor for the Property.

2.

Debtor's Plan proposes to pay a mere $155.96 upon confirmation. Creditor's claim will not be completely funded within the (60) month rate set in the Plan. Creditor asks that the Debtor begin paying larger payments upon confirmation and throughout the life of the Debtor's Plan.

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. Deny confirmation,

2. Award reasonable attorney's fees, and

3. Grant such other and further relief as is just and equitable.

                /s/Maria  Tsagaris
                Maria Tsagaris
                GA BAR NO. 143071
                Attorney for Creditor
                McCalla Raymer Leibert Pierce, LLC
                1544 Old Alabama Road
                Roswell, GA 30076
                678-281-6532
                Maria.Tsagaris@mccalla.com

In Re:  Karan Charlene Lamb  Bankruptcy Case No.:  17-65584-PMB
aka Karan C Lamb

Chapter:  13

Judge  Paul M. Baisier

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Karan Charlene Lamb
892 Brandlwood Way, Northwest
Lilburn, GA 30047

David Visser Houtsma                    *(served via email at david@davidhlaw.com)*
David Houtsma Law Firm LLC
2435 Creek Tree Lane
Cumming, GA 30041

Adam M. Goodman, Trustee              *(served via email)*
260 Peachtree Street
Suite 200
Atlanta, GA 30303

*U.S. Trustee*                         *(served via ECF Notification)*
United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  9/25/2017       By:  /s/Maria Tsagaris
              (date)                Maria Tsagaris
                                    Georgia BAR NO. 143071
                                    Attorney for Creditor